**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** DEA

**City** Quincy
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☒ No

**Defendant Information:**
Defendant Name: Peter Andrew NIEDZWIECKI   Juvenile: ☐ Yes  ☒ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☒ No
Alias Name: _____
Address: 138 Nichols Street, Norwood, MA 02062
Birth date (Yr only): 1982   SSN (last 4#): 6113   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Lindsey Weinstein   Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☒ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☒ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☒ Complaint ☐ Information ☐ Indictment
**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/5/2024   Signature of AUSA: /s/ Lindsey Weinstein

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Peter Andrew NIEDZWIECKI

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute illegal anabolic steroids, a schedule III controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See attached

SW numbers:

22-MJ-6098-MPK

22-MJ-6099-MPK

22-MJ-6190-MPK

22-MJ-6008-MPK

23-MJ-6009-MPK

23-MJ-6010-MPK

23-MJ-6300-MPK

23-MJ-6301-MPK

23-MJ-6302-MPK

23-MJ-6593-MPK

23-MJ-6594-MPK

23-MJ-6595-MPK

23-MJ-8132-PGL

24-MJ-6053-MPK

24-MJ-6054-MPK

24-MJ-6199-MPK

24-MJ-6201-MPK

24-MJ-6202-MPK

24-MJ-6203-MPK

24-MJ-6204-MPK